UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLUWAROTIMI JULIUS ERUKILEDE,<br>Plaintiff,<br>v.<br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES et al.,<br>Defendants. | No. 2:25-cv-02063-DJC-SCR<br><br>ORDER |

The parties have consented to the jurisdiction of a United States Magistrate Judge in this matter under 28 U.S.C. § 636(c)(1). The action has been reassigned to the undersigned for all further proceedings, including entry of final judgment. ECF No. 39. For the reasons set forth in the previously issued Findings and Recommendations (ECF No. 37), this action will be dismissed as moot.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The action is dismissed as moot.
2. The Clerk shall enter judgment and close this case.

IT IS SO ORDERED.

DATED: September 10, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE